**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHN STELLIOS DAVIS,                                                        PLAINTIFF
REG # 21763-058

v.                                    2:15CV00121-JLH-JJV

BRENDA HOY, Assistant Health Services
Administrator, Forrest City Low; *et al.*                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendants Brenda Hoy, Rosemary Stiles, William Resto, Rhonda Pierce, R. Rozefort, Naphcare, and Does are DISMISSED without prejudice due to Plaintiff's failure to state a viable claim against them.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 19th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE